IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Patricia Karoue, | C/A No.:   3:13-cv-01844-JFA-KFM |
| Plaintiff, | |
| v. | ORDER |
| Blue Cross Blue Shield of South Carolina, *d/b/a Companion Data Services LLC*, | |
| Defendant. | |

Plaintiff Patricia Karoue ("Plaintiff") brings the above-captioned case against her former employer, Blue Cross Blue Shield of South Carolina ("Defendant"). In her complaint, Plaintiff asserts a violation of the Americans with Disabilities Act, as well as state law claims for breach of contract, breach of the implied duty of good faith and fair dealing, and breach of contract accompanied by a fraudulent act. This matter is before the court on Defendant's motion for partial summary judgment (ECF No. 8) and plaintiff's motion to amend her complaint (ECF No. 20).  Also contained in the Report and Recommendation is an order granting Defendant's motion to compel (ECF No. 28); Defendant's motion to compel is not a matter before this court.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he recommends that the court grant the Defendant's motion for partial summary judgment and deny Plaintiff's motion to amend her complaint.  The Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court.  *Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

1

Recommendation sets forth the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

Plaintiff was advised of her right to file objections to the Report and Recommendation, which was entered on the docket on January 17, 2014. However, Plaintiff did not file any objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference in its entirety.

Accordingly, Defendant's motion for partial summary judgment is granted. Therefore, the court dismisses, with prejudice, Plaintiff's claims for: breach of contract, breach of the implied duty of good faith and fair dealing, and breach of contract accompanied by a fraudulent act. The court denies Plaintiff's motion to amend her complaint.

IT IS SO ORDERED.

February 25, 2014                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                               United States District Judge